AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_\_

BRIAN ADE,

    Plaintiff,

v.

ERIC LOPEZ, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:16-cv-00267-RCJ-WGC**

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice based on Plaintiff's failure to file an updated address and an application to proceed in forma pauperis for non-prisoners in compliance with the Court's December 28, 2016 order.

February 16, 2017

**DEBRA K. KEMPI**
Clerk

/s/ K. Rusin
Deputy Clerk